```
 1 │ BRIAN J. STRETCH (CABN 163973)
   │ Acting United States Attorney
 2 │
   │ DAVID R. CALLAWAY (CABN 262489)
 3 │ Chief, Criminal Division
   │
 4 │ DAMALI A. TAYLOR (CABN 262489)
   │ Assistant United States Attorney
 5 │    450 Golden Gate Avenue, Box 36055
   │    San Francisco, California 94102-3495
 6 │    Telephone: (415) 436-7200
   │    FAX: (415) 436-7234
 7 │    Email: damali.taylor@usdoj.gov
   │
 8 │ Attorney for Plaintiff
```

FILED
APR -1 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES' APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT FOR YAN GERMAN | CASE NO. 3-16-70451 SK<br><br>MOTION TO SEAL AND [PROPOSED] ORDER<br><br>UNDER SEAL |

Motion to Seal and [Proposed] Order

1  The United States respectfully moves the Court to seal this Motion, any Order ruling on this
2  Motion, the Criminal Complaint, Affidavit in Support of Criminal Complaint and Arrest Warrant, the
3  Search Warrant and Affidavit in Support of Search Warrant and any other related paperwork in the
4  above-referenced matter until further Order of this Court. As grounds, the United States represents that
5  those documents be sealed to avoid prematurely revealing an ongoing investigation, guard against
6  fugitives, and better ensure the safety of agents and others.
7  The United States also requests that, notwithstanding any sealing order, the Clerk of Court be
8  required to give copies of the sealed documents to employees of the United States Attorney's Office, and
9  that they be permitted to serve working copies on special agents and other investigative and law
10 enforcement officers of the FBI, federally deputized state and local law enforcement officers, other
11 government and contract personnel acting under the supervision of such investigative or law
12 enforcement officers, and telecommunications companies as necessary to effectuate the Court's Order.

DATED:    April 1, 2016

Respectfully submitted,
BRIAN J. STRETCH
Acting United States Attorney

DAMALI A. TAYLOR
Assistant United States Attorney

Motion to Seal and [Proposed] Order

## ORDER

FOR GOOD CAUSE SHOWN, it is hereby ordered that this Motion, any Order ruling on this Motion, the Criminal Complaint, Affidavit in Support of Criminal Complaint and Arrest Warrant, the Search Warrant and Affidavit in Support of Search Warrant, and all other related documents in the above-referenced matter be filed under seal until further order of this Court. Endorsed, filed copies shall be provided to the United States Attorney's Office and the FBI, and they shall be permitted to serve working copies on Special Agents and other investigative and law enforcement officers of the FBI, federally deputized state and local law enforcement officers, other government and contract personnel acting under the supervision of such investigative of law enforcement officers, and telecommunications companies as necessary to effectuate the Court's Order.

IT IS SO ORDERED.

Dated: April __1__, 2016

_____
HON. SALLIE KIM
United States Magistrate Judge

Motion to Seal and [Proposed] Order